UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:21-cv-20230-PCH

WINDY LUCIUS,

    Plaintiff,

v.

RITA'S FRANCHISE COMPANY, LLC,

    Defendant.

_____/

## ORDER STAYING CASE

**THIS CAUSE** is before the Court on a *sua sponte* review of the record. Plaintiff Windy Lucius filed her Complaint on January 20, 2021 [ECF No. 1], in which she alleges that the website of Defendant Rita's Franchise Company, LLC, is not in compliance with the Americans with Disabilities Act (the "ADA"). The Court notes that the issues presented in this lawsuit are likewise present in a matter currently pending before the Eleventh Circuit Court of Appeals in *Gil v. Winn-Dixie Stores, Inc.*, Case No. 17-13467. In *Gil*, the Eleventh Circuit is set to decide whether a website qualifies as a "public accommodation" under the ADA. This Court finds that the decision in *Gil* will likely impact the instant action. Therefore, in the interests of justice, and in consideration of the parties' and the Court's time, effort, and expenses, it is hereby

**ORDERED AND ADJUDGED** that this lawsuit is **STAYED** until the Eleventh Circuit issues its opinion in *Gil v. Winn-Dixie Stores, Inc.*, Case No. 17-13467.

**DONE AND ORDERED** in Miami, Florida on January 21, 2021.

_____
Paul C. Huck
United States District Judge

cc:    All counsel of record